IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |
| v. | : | **5:04-CV-415 (WDO)** |
| | : | **5:00-CV-50 (WDO)** |
| **JAMES REX JONES,** | : | |
| **Petitioner** | : | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation to dismiss this habeas petition based on (1) the petition being time barred and (2) Petitioner's failing to present any evidence that he should be relieved from the one-year statute of limitations. Having carefully considered the Recommendation and there being no objection thereto, the same is ADOPTED and made the order of the Court.

**SO ORDERED this 9th day of August, 2005.**

**S/Wilbur D. Owens, Jr.**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**